IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COBY JAMES CALLAWAY**                                     **PLAINTIFF**
**#257509**

v.                  **CASE NO. 4:23-CV-01171-BSM**

**KALEB HATTON**                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE